IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LARRY HUNTE,** | : | CIVIL ACTION NO. 1:13-CV-2676 |
| **Plaintiff,** | : | **(Chief Judge Conner)** |
| v. | : | |
| **DOUGLAS HOWELL**, individually and in his capacity as a police officer for the Pennsylvania State Police, and **CHRISTOPHER DARHOWER**, individually and in his capacity as a police officer for the Carlisle Police Department, | : | |
| **Defendants.** | : | |

## **ORDER**

AND NOW, this 17th day of July, 2014, upon consideration of defendant Christopher Darhower's motion (Doc. 8) for summary judgment, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. Darhower's motion (Doc. 8) for summary judgment is GRANTED.

2. The Clerk of Court is directed to DEFER entry of judgment until the resolution of all claims.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania